# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

In Re:

|   |   |   |
|---|---|---|
|   | : | Case No. 11-52469 |
| Jerome Maceo McGhee | : | SSN: XXX-XX-7817 |
| Lisa Ann Crawley-McGhee | : | SSN: XXX-XX-6955 |
|   | : | Chapter 13 |
|   | : | Judge Caldwell |

Debtor(s).

## OBJECTION TO PROOF OF CLAIM OF
## OHIO DEPARTMENT OF TAXATION

Now come the Debtors, Jerome and Lisa McGhee, by and through Counsel, who hereby objects to Claim #35 of Ohio Department of Taxation, Bankruptcy Division, PO Box 530, Columbus, OH 43216, hereinafter "Creditor", in the total amount of $4,663.76 filed on August 5, 2011 and Amended on August 26, 2011 and moves this Court for an order disallowing the claim for the priority amount of $3,287.77 and the unsecured amount of $780.00, reducing the claim to a priority amount of $118.63 and an unsecured amount of $477.36 only. A memorandum in support follows.

Respectfully Submitted,

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600
(614) 529-8656 (fax)
jenobile@ntlegal.com

## MEMORANDUM IN SUPPORT OF OBJECTION

Debtors state that claim #35 of Creditor includes a priority amount of $3,287.77 for Sale Tax in the tax year of 1994. The Debtors state that an amended return has been filed and they have been informed by the taxing authority that the amount due for that tax year has been reduced to $0.00.

WHEREFORE, the Debtor prays for an order disallowing the claim for the priority amount of $3,287.77 and the unsecured amount of $780.00, reducing the claim to a priority amount of $118.63 and an unsecured amount of $477.36 only.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, a true copy of the foregoing Objection to Proof of Claim was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: Jeffrey P. Norman, Chapter 13 Trustee, The Office of the U.S. Trustee and Eleanor Beaver Haynes and on the following by **ordinary U.S. Mail, postage pre-paid,** addressed to:

Jerome & Lisa McGhee
490 Faber St.
Pickerington, OH 43147

Ohio Department of Taxation
Bankruptcy Division
PO Box 530
Columbus, OH 43216

Attorney General
State of Ohio
30 E. Broad St.
Columbus OH 43215

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., L.P.A.**
4876 Cemetery Road
Hilliard, Ohio 43026
(614) 529-8600
(614) 529-8656 (fax)
jenobile@ntlegal.com

# Form 20A NOTICE OF OBJECTION

The Debtor(s) has/have filed papers with this Court requesting the relief sought in the OBJECTION enclosed with this NOTICE.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to GRANT the relief requested in the enclosed OBJECTION, or if you want the Court to consider your views on the OBJECTION, then on or before **DECEMBER 20, 2012**, you or your attorney must:

1. File with the Court, a written response to the OBJECTION expressing your objection or viewpoint. The response is to be filed with the Clerk of Courts at 170 N. High St. Columbus, Ohio 43215.

    If you mail your written response to the Court for filing by the Clerk, you must mail it early enough so the Court will **receive** it on or before the date stated above.

2. You must also mail a copy of the written response to the Debtor(s) at the address listed on the front of this paper entitled Certificate Of Service.

3. You must also mail a copy of the written response to **Nobile & Thompson Co., L.P.A., 4876 Cemetery Road, Hilliard, OH 43026.**

4. Finally, you must attend any Court hearing scheduled to consider this OBJECTION. The Court will likely schedule an oral hearing and serve only those parties who have in fact filed a written response.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the OBJECTION and may enter an order granting that relief.