**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: December 10, 2012**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | :    CASE NO. 11-52469 |
| Jerome M. McGhee and | :    Chapter 13 - Caldwell |
| Lisa A. Crawley-McGhee | : |
| | : |
|     Debtors. | : |

### AGREED ORDER ON DEBTORS' OBJECTION TO CLAIM NO. 35
### OF OHIO DEPARTMENT OF TAXATION [DOCKET NO. 89]

This matter is before the Court on Debtors' Objection [Docket No. 89] to Claim No. 35 of Ohio Department of Taxation, as amended on August 26, 2011. The parties having reached an agreement as to all issues raised in the Objection, it is hereby ORDERED:

That Claim No. 35 of the Ohio Department of Taxation be allowed as a priority claim pursuant to 11 U.S.C. 507(a)(8)(A)(i) in the amount of $118.63 and a general unsecured claim in the amount of $477.36.

IT IS SO ORDERED.

Agreed to:

| | |
|---|---|
| /s/ Brian M. Gianangeli | /s/ James E. Nobile |
| Charles A. Mifsud (0070498) | James E. Nobile (0059705) |
| Outside Counsel to the Ohio Attorney General | NOBILE & THOMPSON CO., L.P.A. |
| Brian M. Gianangeli (0072028) | 4876 Cemetery Rd. |
| THE LAW OFFICE OF | Hilliard, OH 43026 |
| CHARLES MIFSUD, LLC | Phone – (614) 529-8600 |
| 326 South High Street Annex, Suite 201 | Fax (614) 529-8656 |
| Columbus, Ohio   43215 | Attorneys for Debtors |
| Phone – (614) 224-8313 | |
| Fax – (614) 224-9986 | |
| Attorneys for The Ohio Department of Taxation | |

cc:     Default List

# # #